**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| REGINALD COE | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 5:22-cv-00438 |
| | § | |
| EVEREST NATIONAL INSURANCE COMPANY | § § | |
| | § | |
| *Defendant.* | § | |

# EXHIBIT A

# CIVIL COURT SHEET (STATE COURT) DOCKET SHEET

# CASE SUMMARY
## CASE NO. 22-03-00035-CVK

| | | | |
|---|---|---|---|
| Reginald Wayne Coe vs. Everest National Insurance Company | § § § § | Location:<br>Judicial Officer:<br>Filed on: | 81st District Court<br>Ellison, Lynn<br>03/15/2022 |

### CASE INFORMATION

Case Type: **Injury/Damage - Motor Vehicle**

Case Status: **03/15/2022 Filed**

### CASE ASSIGNMENT

**Current Case Assignment**
Case Number      22-03-00035-CVK
Court            81st District Court
Date Assigned    03/15/2022
Judicial Officer Ellison, Lynn

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Plaintiff** | Coe, Reginald Wayne | **CORNEJO, JENNA R**<br>*Retained*<br>210-656-1000(W) |
| **Defendant** | Everest National Insurance Company | |

### EVENTS & ORDERS OF THE COURT

| DATE | |
|---|---|
| 03/15/2022 | Electronically Submitted Petition<br>*Plaintiff's Original Petition* |
| 03/15/2022 | Original Petition (OCA) |
| 03/15/2022 | Electronically Submitted Petition<br>*Karnes County Request for Process - R. Coe* |
| 03/17/2022 | Citation Issued<br>*Everest National Insurance Company* |
| 04/04/2022 | Other<br>*Return of Service - EVEREST NATIONAL INSURANCECOMPANY* |
| 04/29/2022 | Answer<br>*Defendant Everest National Insurance Company's Original Answer to Plaintiff's Original Petition* |

### FINANCIAL INFORMATION

**Plaintiff** Coe, Reginald Wayne
Total Charges                                 364.00
Total Payments and Credits                    364.00
**Balance Due as of 05/02/2022**                0.00



True and correct copy of original filed in the Karnes County District Clerks Office